**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                                    **Criminal Action No. 3:11-CR-54-02**
                                                   **(BAILEY)**

**JOSEPHINE ARTILLAGA ADAMS,**

    Defendant.

### ORDER

On this day, the above-styled criminal action came before this Court upon consideration of the Government's Motion in Limine [Doc. 68] to prohibit the reference to the February 4, 2011, testimony of Barton Joseph Adams. In support of the motion, the government states that "the government was prohibited from developing evidence through cross and direct examination that the government would adduce if the witness appeared live at the trial" [Doc. 68 at 1]. Counsel for defendant Josephine Adams designated the following page and line numbers as those which they would like to enter at trial: page 26 line 8 through page 27 line 11 and page 42 line 14 through page 43 line 18.

The Court finds good reason to permit counsel for the defendant to refer to these portions of the February 4, 2011, evidentiary hearing transcript at the trial in this proceeding. As such, this Court hereby **ORDERS** that the Government's Motion in Limine [**DOC. 68**] be **GRANTED in part** and **DENIED in part** and **ORDERS** that **defendant Josephine Adams** will be **permitted to have read to the jury** at the trial in this proceeding **to page 26 line 8 through page 27 line 11** and **page 42 line 14 through page 43 line 18**

of the February 4, 2011, evidentiary hearing transcript.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

DATED: November 8, 2011.

JOHN PRESTON BAILEY
CHIEF UNITED STATES DISTRICT JUDGE