IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**UNITED STATES OF AMERICA,**

v.                                                                Criminal Action No. 3:11CR54-02

**JOSEPHINE ARTILLAGA ADAMS,**

      **Defendant.**

### DEFENDANT'S NOTICE OF INTENT TO RELY ON RULE 807 OF THE FEDERAL RULES OF EVIDENCE

Comes now, Defendant, Josephine Artillaga Adams, by counsel, Brendan S. Leary, Assistant Federal Public Defender, pursuant to Rule 807 of the Federal Rules of Evidence and respectfully provides notice that she intends to rely, in part, on this Rule for the admission into evidence at trial of three letters written by the co-defendant and sent to Mrs. Adams.

In support therefore, Defendant states as follows:

1.  On October 31, 2011, Mrs. Adams submitted her proposed trial exhibit list.  (See Docket number 52.)  One of the exhibits that Mrs. Adams intends to adduce at trial, are three letters from her husband and co-defendant, Barton Joseph Adams.  These letters were intercepted by Dr. Adams's counsel and United States Postal Inspectors.  By previous order, this Court concluded that the letters are self-authenticating and may be introduced at trial.

2.  At a final pretrial conference held in this matter on November 7, 2011, the United States advised the Court that it objects to the introduction of the letters because the contents of the writings violate the rule against hearsay.  See Fed. R. Evid. 801(c).

3.  The contents of the intercepted letters are not hearsay because they are statements against Dr. Adams's interest under Rule 804(b)(3) of the Federal Rules of Evidence.

4.      To the extent that the Court concludes that the statements in the letters are not statements against Dr. Adams's interest under Rule 804(b)(3), Mrs. Adams's hereby provides notice that she intends to rely on the Residual Exception to the rule against hearsay.  See Fed. R. Evid. 807.

        Respectfully submitted,

        **JOSEPHINE ARTILLAGA ADAMS**
        By Counsel

By:     */s/ Brendan S. Leary*
       Brendan S. Leary
       WV State Bar No. 9077
       Attorney for Defendant
       Federal Public Defender Office
       1125 Chapline Street, Room 208
       Wheeling, WV 26003
       Tel. (304) 233-1217
       Email: Brendan_Leary@fd.org

## CERTIFICATION OF SERVICE

   I hereby certify that on November 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

William J. Ihlenfeld, II., Esquire
Michael D. Stein, Esquire
United States Attorney's Office
1125 Chapline Street, Suite 3000
Post Office Box 591
Wheeling, West Virginia 26003-0011
304-234-0100

Stephen D. Herndon, Esquire
76 Fifteenth Street
Wheeling, WV 26003
304-232-6330

Scott C. Brown, Esquire
1600 National Road
Wheeling, WV 26003
304-242-6001

*Counsel for Defendant Dr. Barton Joseph Adams*

By: */s/ Brendan S. Leary*
   Brendan S. Leary
   WV State Bar No. 9077
   Attorney for Defendant
   Federal Public Defender Office
   1125 Chapline Street, Room 208
   Wheeling, WV 26003
   Tel. (304) 233-1217
   Fax. (304) 233-1242
   Email: Brendan_Leary@fd.org