IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                    **Criminal Action No. 3:11-CR-54-02**
                                                                     **(BAILEY)**

**JOSEPHINE ARTILLAGA ADAMS,**

    Defendant.

## JUDGMENT ORDER

On November 14, 2011, the above-styled matter came before this Court for jury selection and trial. The defendant, Josephine Artillaga Adams, was present in person and by counsel, Brendan S. Leary and Nicholas J. Compton. The United States was represented by United States Attorney for the Northern District of West Virginia, William J. Ihlenfeld, II, and Assistant United States Attorney Michael D. Stein.

On November 14, 2011, after the jury was selected and sworn, the United States presented evidence against the defendant. On November 15, 2011, upon the completion of the United States' case, the defendant moved for a judgment of acquittal in accordance with Rule 29 of the Federal Rules of Criminal Procedure. The Court found that the United States had presented evidence sufficient to sustain a conviction. Accordingly, the defendant's oral motion was **DENIED**.

On November 15, 2011, upon completion of the United States' case, the defendant presented evidence in her defense.  On November 16, 2011, upon the completion of the defendant's case, the defendant renewed her motion for a judgment of acquittal in accordance with Rule 29 of the Federal Rules of Criminal Procedure.  The Court found that the evidence was sufficient to sustain a conviction.  Accordingly, the defendant's oral motion was **DENIED**.

On November 16, 2011, subsequent to both parties resting their cases, the parties presented closing arguments and the Court instructed the jury as to the controlling law of the case.

After deliberations, the jury found the defendant **GUILTY** as to Count 1 – conspiracy to obstruct, influence and impede an official proceeding and attempt to do so, in violation of Title 18, United States Code, Section 371; Count 2 – conspiracy to influence, obstruct and impede the due administration of justice and endeavor to do so, in violation of Title 18, United States Code, Section 371; Counts 3 though 13 – obstruction of justice and attempt to do so - aiding and abetting, in violation of Title 18, United States Code, Sections 1512(c) and 2; Count 14 – obstruction of justice and endeavor to do so - aiding and abetting, in violation of Title 18, United States Code, Sections 1503(a) and 2; Count 15 – obstruction of justice and attempt to do so - aiding and abetting, in violation of Title 18, United States Code, Sections 1512(c) and 2; and Count 16 – obstruction of justice and endeavor to do so - aiding and abetting, in violation of Title 18, United States Code, Sections 1503(a) and 2.

It is, therefore, **ORDERED** that:

1. The defendant shall file any post-trial motions on or before December 19, 2011;

2. The United States shall file a response to any post-trial motions on or before January 3, 2012; and

3. Pursuant to § 6A1 *et seq.* of the United States Sentencing Guidelines and Rule 32 of the Federal Rules of Criminal Procedure, it is hereby **ORDERED** that the Probation Office undertake a presentence investigation of the defendant and prepare a presentence report.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: November 17, 2011.

JOHN PRESTON BAILEY
CHIEF UNITED STATES DISTRICT JUDGE