October 4, 2012

James E. Seibert
U.S. Magistrate Judge
1125 Chapline Street
Wheeling, WV 26003

U.S. DISTRICT COURT
FILED AT WHEELING, WV
OCT - 9 2012
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

Re: U.S. v. Josephine Adams
    Docket No. 3:11 CR 54-02

    PROOF OF Innocence

Dear U.S. Magistrate Judge Seibert:

I am writing to let you know that I have repeatedly contacted Mr. Brendan Leary before, during and after the November 2011 trial so that I could establish the innocence of Josephine Adams. Mr. Leary has not contacted me back.

Josephine Adams is factually innocent of all charges in 3:11-CR-54-02

In addition to the information I have that proves Josephine Adams's innocence Mr. Steven D. Herndon filed two motions docket #169 and #173 that clearly establish gross "plain error"

2

at the November 2011 trial, see docket #169 and #173  3:11-CR-54

Josephine Adams is factually innocent and did not receive a fair trial in November 2011. The gross "plain error" could not be any clearer, please review

Please read the content of both motions in Limine filed in 3:11-CR-54 U.S. v. Barton Joseph Adams docket #169 and docket #173.

I don't know why Mr. Leary will not speak or write to me, not even through Mr. Herndon

I don't know why Mr. Leary does not file a motion related to the gross "plain error" at trial as outlined in docket number 169 and 173 of 3:11-CR-54

Josephine Adams is innocence and need someone to help her.

Respectfully,

Barton J. Adams