**Josephine Artillaga Adams**

1806 S. Cottage Grove, #303

Urbana, Illinois 61801



May 13, 2013

Clerk

**U.S. District Court for the Northern District of West Virginia**

**1125 Chapline Street, Wheeling, WV  26003**

.

**Re: U.S. v Josephine Adams- Cr. No. 3:11-CR54- Notice of Appeal and request for appointment of Appellate Counsel**

Dear Clerk:

I have directed my counsel herein to file a Notice of Appeal appealing my conviction in the above referenced case.

As a safety precaution please treat this letter as my Notice that I wish to appeal my conviction in this matter.

I also hereby request the appointment of new counsel to represent me in this appeal.

Sincerely

*Josephine Adams*

Josephine Artillaga Adams

Cc: Brendan Leary, Esq. and Nicholas Compton, Esq.

1