UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

V.                                    CRIMINAL ACTION NO.  3:11CR54-2

JOSEPHINE ARTILLAGA ADAMS,

NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the defendant in the above-captioned case, Josephine Artillaga Adams, by her counsel, Brendan S. Leary, Assistant Federal Public Defender, and Nicholas Compton, Assistant Federal Public Defender, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment of the United States District Court entered on May 8, 2013.

The defendant, being without funds and previously having been deemed indigent under the provisions of the Criminal Justice Act, respectfully requests the appointment of counsel to prosecute this appeal.

**DATED** this the 21st day of May, 2013.

**JOSEPHINE ARTILLAGA ADAMS**
By Counsels

By:     */S/ Brendan S. Leary*
Brendan S. Leary
WV State Bar No. 9077
Attorney for Defendant
Federal Public Defender Office
1125 Chapline Street, Room 208
Wheeling, WV 26003
Tel. (304) 233-1217
Fax. (304) 233-1242
Email: Brendan_Leary@fd.org

By: _S/ Nicholas J. Compton_
Nicholas J. Compton
Attorney for Defendant
WV State Bar # 11056
Federal Public Defender Office
MVB Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org

CERTIFICATION OF SERVICE

I hereby certify that on May 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Michael J. Stein, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>P.O. Box 591
>Wheeling, WV 26003
>304-234-0100

By:  /s/ Brendan S. Leary
Brendan S. Leary
WV State Bar No. 9077
Attorney for Defendant
Federal Public Defender Office
1125 Chapline Street, Room 208
Wheeling, WV 26003
Tel. (304) 233-1217
Fax. (304) 233-1242
Email: Brendan_Leary@fd.org

By:  S/ Nicholas J. Compton
Nicholas J. Compton
Attorney for Defendant
WV State Bar # 11056
Federal Public Defender Office
MVB Bank Building
651 Foxcroft Avenue, Suite 202
Martinsburg, West Virginia 25401
Tel. (304) 260-9421
Fax. (304) 260-3716
E-Mail. Nicholas_Compton@fd.org